# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130197(46)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOHN ANTHONY SPRATT,
        Defendant-Appellant.

_____/

SC: 130197
COA: 254767
Oakland CC: 2003-193007-FC

On order of the Court, the motion for reconsideration of this Court's order of April 21, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

p0619